DANIEL A. PLATT (SBN 132665)
dplatt@loeb.com
JONG-MIN CHOI (SBN 329474)
jchoi@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone:  310.282.2000
Facsimile:  310.282.2200

Attorneys for Defendant
UNITEDHEALTHCARE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ADVANCED ORTHOPEDIC CENTER, INC., | Case No.: _____ |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL BY DEFENDANT UNITEDHEALTHCARE INSURANCE COMPANY PURSUANT TO 28 U.S.C. § 1441(B)** |
| v. | |
| UNITEDHEALTHCARE INSURANCE COMPANY and DOES 1-20, | |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendant UnitedHealthcare Insurance Company ("UHC"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes to the United States District Court for the Central District of California the state court action described below.

On or about March 8, 2021, Plaintiff Advanced Orthopedic Center, Inc. ("AOC") filed a Summons and Complaint in the Superior Court of California,

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20621659
235817-10004

NOTICE OF REMOVAL

County of Los Angeles, styled *Advanced Orthopedic Center, Inc. v. UnitedHealthcare Insurance Company and Does 1-20*, Case No. 21SMCV00447 (the "State Court Action"). This civil action is removable pursuant to 28 U.S.C. § 1441(b), in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of fees and costs. In accordance with the requirements of 28 U.S.C. § 1446(a), a "short and plain statement of the grounds for removal" is set forth below.

1. Plaintiff AOC served summons and Complaint containing causes of action for breach of oral contract, promissory estoppel, and breach of contract. A copy of the summons and Complaint is attached to this Notice as **Exhibit 1**.

2. This Court has jurisdiction under 28 U.S.C. § 1332, and this is an action which Defendant may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. Specifically:

   a. AOC is a California corporation, with a principal place of business in Los Angeles, California.

   b. Defendant UHC is a Connecticut corporation, with its principal place of business in Hartford, Connecticut.

   c. Plaintiff has alleged and seeks damages of $164,205.83 plus interest, well in excess of the $75,000 minimum.

3. Removal is timely based on agreement of parties. On April 20, 2021, the parties agreed to (1) removal to federal court and (2) immediately upon removal, an extension of time to answer by 14 days. A copy of an email exchange memorializing the conversation among the parties' counsel to that effect is attached as **Exhibit 2**.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20621659
235817-10004

2   NOTICE OF REMOVAL

4. A copy of this Notice of Removal is being served upon Plaintiff's counsel and filed with the Clerk of the above-referenced state court pursuant to 28 U.S.C. § 1446(d).

Based upon the foregoing, removal of the State Court Action to this Court is proper.

Respectfully submitted,

Dated: April 22, 2021

LOEB & LOEB LLP
DANIEL A. PLATT
JONG-MIN CHOI

By: */s/ Daniel A. Platt*
Daniel A. Platt
Attorneys for Defendant
UNITEDHEALTHCARE INSURANCE COMPANY

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20621659
235817-10004

3   NOTICE OF REMOVAL

# CERTIFICATE OF SERVICE

I, Jaston O. Archie, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause.  My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On April 22, 2021, I caused to be served a true copy of the foregoing **NOTICE OF REMOVAL BY DEFENDANT UNITEDHEALTHCARE INSURANCE COMPANY PURSUANT TO 28 U.S.C. § 1441(B)** on the parties in this cause as follows:

☑ (***VIA EMAIL***) I caused the transmission of the above-named document to the email address set forth below.

☑ (***VIA U.S. MAIL***) by sending the above named document addressed as set forth below for collection and mailing with the United States Postal Service in accordance with Loeb & Loeb LLP's ordinary business practices.

| | |
|---|---|
| Alan Nesbit, Esq.<br>NESBIT LAW GROUP<br>8383 Wilshire Blvd., Suite 800<br>Beverly Hills, CA 9211<br>Telephone:  323-456-8605<br>Facsimile:  323-456-8601<br>Email: anesbit@nesbitlawgroup.com | Attorney for plaintiff Advanced Orthopedic Center, Inc. |

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service.  That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20621659
235817-10004

4   NOTICE OF REMOVAL

1  I declare under penalty of perjury under the laws of the State of California
2  that the foregoing is true and correct.
3  Executed on April 22, 2021, at Los Angeles, California.

*/s/ Jaston Archie*
JASTON ARCHIE

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20621659
235817-10004

5   NOTICE OF REMOVAL