DANIEL A. PLATT (SBN 132665)
dplatt@loeb.com
JONG-MIN CHOI (SBN 329474)
jchoi@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone:   310.282.2000
Facsimile:   310.282.2200

Attorneys for Defendant
UNITEDHEALTHCARE
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ADVANCED ORTHOPEDIC CENTER, INC.,<br><br>              Plaintiff,<br><br>         v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY and DOES 1-20,<br><br>              Defendants. | Case No.  2:21-cv-03428-JAK (MAAx)<br><br>(Assigned to Hon. John A. Kronstadt, United States District Judge)<br><br>**DEFENDANT UNITEDHEALTHCARE INSURANCE COMPANY'S ANSWER TO COMPLAINT** |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20653102
235817-10004

ANSWER

Defendant UnitedHealthcare Insurance Company ("Defendant" or "UHC") answers the Complaint filed by Plaintiff Advanced Orthopedic Center, Inc. ("Plaintiff" or "AOC") as follows.

## GENERAL ALLEGATIONS

1.      Responding to paragraph 1, Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph and upon that basis generally and specifically denies each and every such allegation contained in said paragraph.

2.      Responding to paragraph 2, this paragraph is a form issue to which no response is required, and contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained in said paragraph.

3.      Responding to paragraph 3, Defendant admits that it operates lawfully in California and that it is subject to the laws and regulations of the State of California.  Except as expressly admitted herein, Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in said paragraph and upon that basis generally and specifically denies each and every such allegation contained in said paragraph.

4.      Responding to paragraph 4, investigation is ongoing, and referenced documents are best evidence.  Defendant reserves its right to amend the response to this paragraph.  Except as expressly admitted herein, Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in said paragraph and upon that basis generally and specifically denies each and every such allegation contained in said paragraph.

5.      Responding to paragraph 5, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations contained

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20653102
235817-10004

2

ANSWER

in said paragraph and upon that basis generally and specifically denies each and every such allegation contained in said paragraph.

## **FACTS**

6.      Responding to paragraph 6, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained in said paragraph.

7.      Responding to paragraph 7, investigation is ongoing, and referenced documents are best evidence.  Defendant reserves its right to amend the response to this paragraph.

8.      Responding to paragraph 8, investigation is ongoing, and referenced documents are best evidence.  Defendant reserves its right to amend the response to this paragraph.

9.      Responding to paragraph 9, investigation is ongoing, and referenced documents are best evidence.  Defendant reserves its right to amend the response to this paragraph.  Except as expressly admitted herein, Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph and upon that basis generally and specifically denies the allegations in said paragraph.

10.     Responding to paragraph 10, investigation is ongoing.  Defendant reserves its right to amend the response to this paragraph.

11.     Responding to paragraph 11, investigation is ongoing.  Defendant reserves its right to amend the response to this paragraph.

12.     Responding to paragraph 12, to the extent that industry practices are material, Defendant admits that medical providers and health plans generally may enter into contracts for negotiated rates of payment.  Except as expressly admitted herein, Defendant lacks sufficient knowledge or information to admit or deny the

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20653102
235817-10004

3

ANSWER

allegations contained in this paragraph and upon that basis generally and specifically denies the allegations in said paragraph.

13.     Responding to paragraph 13, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph and upon that basis generally and specifically denies the allegations in said paragraph.

14.     Responding to paragraph 14, Defendant generally and specifically denies each and every allegation contained in said paragraph.

15.     Responding to paragraph 15, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained in said paragraph.

16.     Responding to paragraph 16, Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph and upon that basis generally and specifically denies the allegations in said paragraph.

17.     Responding to paragraph 17, Defendant generally and specifically denies each and every allegation contained in said paragraph.

18.     Responding to paragraph 18, Defendant generally and specifically denies each and every allegation contained in said paragraph.

19.     Responding to paragraph 19, Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph and upon that basis generally and specifically denies the allegations in said paragraph.

20.     Responding to paragraph 20, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

21.     Responding to paragraph 21, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20653102
235817-10004

4

ANSWER

22.     Responding to paragraph 22, Defendant generally and specifically denies each and every allegation contained in said paragraph.

23.     Responding to paragraph 23, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

24.     Responding to paragraph 24, Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph and upon that basis generally and specifically denies the allegations in said paragraph.

25.     Responding to paragraph 25, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

26.     Responding to paragraph 26, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

27.     Responding to paragraph 27, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

28.     Responding to paragraph 28, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

29.     Responding to paragraph 29, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

30.     Responding to paragraph 30, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

31.     Responding to paragraph 31, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

32.     Responding to paragraph 32, the referenced document is best evidence. This paragraph contains a legal conclusion to which no response is required.  To the

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20653102
235817-10004

5          ANSWER

extent a response is required, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

33.     Responding to paragraph 33, Defendant generally and specifically denies each and every allegation contained in said paragraph.

34.     Responding to paragraph 34, this allegation is not material and no substantive response is required.  To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph and upon that basis generally and specifically denies the allegations in said paragraph and its subparagraphs.

35.     Responding to paragraph 35, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained in said paragraph.

36.     Responding to paragraph 36, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained in said paragraph.

37.     Responding to paragraph 37, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained in said paragraph.

38.     Responding to paragraph 38, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained in said paragraph.

39.     Responding to paragraph 39, this paragraph is not material and therefore no substantive response is required.  To the extent a response is required,

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20653102
235817-10004

6

ANSWER

investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

40.     Responding to paragraph 40, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

41.     Responding to paragraph 41, the referenced document is best evidence. To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph and upon that basis generally and specifically denies the allegations in said paragraph.

42.     Responding to paragraph 42, this paragraph contains a legal conclusion to which no response is required.  This paragraph is not material and therefore no substantive response is required.  To the extent a response is required, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

43.     Responding to paragraph 43, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant specifically denies the allegation that Defendant uses flawed database to understate the true market rates of medical care.  Defendant lacks sufficient knowledge or information to admit or deny the other allegations contained in this paragraph and upon that basis generally and specifically denies those allegations in said paragraph.

44.     Responding to paragraph 44, Defendant generally and specifically denies each and every allegation contained in said paragraph.

## FIRST CAUSE OF ACTION:
## FOR BREACH OF ORAL CONTRACT

45.     Responding to paragraph 45, this paragraph is not a factual allegation, and no substantive response is required.

46.     Responding to paragraph 46, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20653102
235817-10004

7     ANSWER

47.   Responding to paragraph 47, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

48.   Responding to paragraph 48, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

49.   Responding to paragraph 49, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph and upon that basis generally and specifically denies the allegations in said paragraph.

50.   Responding to paragraph 50, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

51.   Responding to paragraph 51, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

## SECOND CAUSE OF ACTION:
## FOR PROMISSORY ESTOPPEL

52.   Responding to paragraph 52, this paragraph is not a factual allegation, and no substantive response is required.

53.   Responding to paragraph 53, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

54.   Responding to paragraph 54, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20653102
235817-10004

8

ANSWER

55.     Responding to paragraph 55, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph and upon that basis generally and specifically denies the allegations in said paragraph.

56.     Responding to paragraph 56, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph and upon that basis generally and specifically denies the allegations in said paragraph.

57.     Responding to paragraph 57, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained in said paragraph.

58.     Responding to paragraph 58, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained in said paragraph.

59.     Responding to paragraph 59, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained in said paragraph.

## THIRD CAUSE OF ACTION
## FOR BREACH OF CONTRACT

83.     Responding to paragraph 83[1], this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required,

---

[1] The Complaint does not have paragraphs 60-82 and skips over these numbers.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20653102
235817-10004

9

ANSWER

Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in said paragraph and upon that basis generally and specifically denies each and every such allegation contained in said paragraph.

84.     Responding to paragraph 84, the referenced document is best evidence. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph and upon that basis generally and specifically denies each and every such allegation contained in said paragraph.

85.     Responding to paragraph 85, this paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, investigation is ongoing, and Defendant reserves its right to amend the response to this paragraph.

## AFFIRMATIVE DEFENSES

Without prejudice to the denials set forth above in its answer, UHC alleges the following affirmative defenses to Plaintiff's Complaint.  UHC reserves the right to add additional defenses as discovery proceeds.

### FIRST AFFIRMATIVE DEFENSE

The Complaint is barred, in whole or in part, because it fails to state a claim upon which relief could be granted.

### SECOND AFFIRMATIVE DEFENSE

The Complaint is barred, in whole or in part, by the equitable doctrines of laches, waiver, estoppel, or unclean hands.

### THIRD AFFIRMATIVE DEFENSE

The Complaint is barred, in whole or in part, because it is preempted by the federal Employee Retirement Income Security Act (ERISA).

### FOURTH AFFIRMATIVE DEFENSE

The Complaint is barred, in whole or in part, by the doctrine of accord and satisfaction.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff has not sustained any injuries or damages.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20653102
235817-10004

10        ANSWER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### SIXTH AFFIRMATIVE DEFENSE

The Complaint is barred, in whole or in part, because it fails to join an indispensable party.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claimed damages, which UHC denies, were directly and proximately caused in whole or in part by acts or omissions of other parties not named in this action, for which UHC is neither responsible nor liable.

### EIGHTH AFFIRMATIVE DEFENSE

To the extent Plaintiff was injured or damaged, which UHC denies, Plaintiff has failed to mitigate damages.

### NINTH AFFIRMATIVE DEFENSE

The Complaint is barred, in whole or in part, because it fails to name the proper defendant.

### TENTH AFFIRMATIVE DEFENSE

The Complaint is barred, in whole or in part, because Plaintiff has failed to exhaust contractual remedies.

### ELEVENTH AFFIRMATIVE DEFENSE

The Complaint is barred, in whole or in part, because to the extent Plaintiff was injured, which UHC denies, such injuries resulted from Plaintiff's own culpable or negligent conduct.

### **PRAYER FOR RELIEF**

WHEREFORE, UHC prays for judgment against Plaintiff as follows:

1.      That Plaintiff's Complaint, and all claims asserted therein, be dismissed with prejudice;

2.      That Plaintiff takes nothing by way of its complaint;

3.      That UHC be awarded its attorneys' fees, costs, and expenses; and

4.      That the Court grant UHC such other and further relief as may be just and proper.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20653102
235817-10004

11        ANSWER

1

## **JURY DEMAND**

2          UHC demands a trial by jury on all claims as to which it is entitled to a jury.

3

4
           Dated:  April 29, 2021                    LOEB & LOEB LLP
5                                                    DANIEL A. PLATT
                                                     JONG-MIN CHOI
6

7                                                    By: */s/ Daniel A. Platt*
                                                     Daniel A. Platt
8                                                    Attorneys for Defendant
                                                     UNITEDHEALTHCARE INSURANCE
9                                                    COMPANY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20653102
235817-10004

12          ANSWER